

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-22-00845-CR

Lawrence Ray **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4080B
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On January 27, 2023, Appellant moved for a twenty-day extension of time to file his response to this court's order requiring him to establish an amended certification showing he has the right to appeal has been made part of the appellate record or risk dismissal. *See* TEX. R. APP. P. 25.2(d), 37.1.

The motion is **granted**, and appellant is **ordered** to file a response, if any, no later than **February 15, 2023**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court